UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 NOV 22 PM 4:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.

    Cr. No. 02-20331-B ✓
            02-20333-B
            02-20484-B

TORRICK LYLES,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

For good cause shown, the sentencing hearing in these matters, currently set for Tuesday, November 29, 2005 at 9:00 a.m., are hereby **RESET** to Dec. 15, 2005, at 1:30 p.m.

It is so **ORDERED**, this the 22nd day of November, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-23-05

123

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 123 in case 2:02-CR-20331 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT